UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVE CASTRO,<br><br>         Plaintiff,<br><br>    v.<br><br>G.L.R. CONSTRUCTION, et al.,<br><br>         Defendants. | Case No.  5:15-cv-05492-EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

In light of the pending motions to dismiss and motion to strike (Dkt. Nos. 17, 19, 36), the Case Management Conference scheduled for April 28, 2016, is VACATED and will be reset, if necessary, upon resolution of the motions.

**IT IS SO ORDERED.**

Dated:  April 25, 2016

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-05492-EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE