UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

STEVE CASTRO,

        Plaintiff,

  v.

G.L.R. CONSTRUCTION, et al.,

        Defendants.

Case No. 5:15-cv-05492-EJD

**ORDER TO SHOW CAUSE**

On July 5, 2016, the court issued an order granting Defendants' motions to dismiss and to strike, and dismissed all of Plaintiff's claims with leave to amend. Dkt. No. 45. The court set a deadline of July 29, 2016, for the filing of an amended complaint. To date, however, Plaintiff has not filed an amended complaint as directed.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Plaintiff does not, by **August 16, 2016**, file an amended complaint or otherwise demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: August 2, 2016

EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-05492-EJD
ORDER TO SHOW CAUSE

1